Rodmen R. FOSTER, Appellant

v.

Ms. Kathleen KANE, Attorney General for the State of Pennsylvania, Mr. Michael C. Potteiger, Chairman of the Pennsylvania Board of Probation and Parole, et al., and Mr. John E. Wetzel, Secretary of the Pennsylvania Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Sept. 29, 2015.

Rodmen R. Foster, Philadelphia, pro se.

Kathleen Kane, Office of Attorney General, Harrisburg, pro se.

Theron Richard Perez, Pennsylvania Department of Corrections, Mechanicsburg, for John E. Wetzel.

Alan Matthew Robinson, PA Board of Probation & Parole, Harrisburg, for Michael C. Potteiger.

Jason Anthony Lambrino, Pennsylvania Board of Probation & Parole, for Michael C. Potteiger and John E. Wetzel.

### ORDER

PER CURIAM.

AND NOW, this 29th day of September 2015, the Order of the Commonwealth Court is AFFIRMED. The Application for Leave to File Post–Submission Communication is DENIED. The Application for Leave to File Addendum in Support of Newly Discovered Evidence is DENIED.

Judgment entered